IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JONATHAN WAYNE MOORE**                        **PETITIONER**

**vs.**                        **CIVIL ACTION No.: 3:19-CV-315-HTW-LGI**

**WARDEN C. RIVERS**                        **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge Lakeysha Greer Isaac. Said document was filed on March 29, 2022 **[Docket no. 14]**. To date, Petitioner has filed no objections to the Report and Recommendation of the United States Magistrate Judge. Based upon the evidence therein contained, this Court finds the Report and Recommendation well-taken; therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 14]** is hereby **ADOPTED** as the order of this Court.

This Court, therefore, **DISMISSES WITH PREJUDICE** the Petitioner's petition under 28 U.S.C. § 2241 for lack of jurisdiction.

**SO ORDERED AND ADJUDGED this the 3rd day of May, 2022.**

                                       /s/HENRY T. WINGATE
                                       **UNITED STATES DISTRICT COURT JUDGE**